UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-cv-62040-JB/Torres

CHARMINIQUE SO,

       Plaintiff,

v.

DERRICK JOHNSON,

       Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court on United States Magistrate Judge Jared Strauss' Report and Recommendation ("Report"), ECF No. [7].  In the Report, Judge Strauss recommends that the Court dismiss the Complaint for its failure to state a claim on which relief may be granted. ECF No. [7].

On October 10, 2025, Plaintiff filed her Complaint, ECF No. [1], as well as an Application to Proceed in District Court Without Prepaying Fees or Costs, ECF No. [3].  On October 30, 2025, Judge Strauss denied Plaintiff's motion without prejudice and directed Plaintiff to file an amended complaint by November 13, 2025.  *See* ECF No. [5].  The order stated that failure to file an amended complaint could result in a dismissal of the Complaint without further notice.  *See id.*  To date, no amended complaint has been filed.

On November 21, 2025, Judge Strauss entered an order directing the clerk to reassign the case to a district judge.  ECF No. [6].  The same day, Judge Strauss issued the Report that recommended the action be dismissed without prejudice. No

objections to the Report have been filed, and the time to do so has passed.

After careful consideration of the Report, the Complaint, the record, and the applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report, ECF No. [7], is **AFFIRMED** and **ADOPTED**.
2. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.
3. The **CLERK** is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, this 17th day of December, 2025.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**